```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BRITTANY ANN PACE, individually and                         :
on behalf of all others similarly situated,                 :
                                                            :
                              Plaintiff,                    :     22-CV-9816 (VSB)
                                                            :
            -against-                                       :     ORDER
                                                            :
                                                            :
WATERWIPES (USA), INC.,                                     :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

This order sets out the schedule for initial proceedings on Plaintiff's complaint:

- The deadline for Defendant to respond to Plaintiff's complaint is January 17, 2023.

- The deadline for Plaintiff to oppose any motion to dismiss filed by Defendant is February 13, 2023.

- The deadline Defendant to reply to any opposition filed by Plaintiff is February 27, 2023.

SO ORDERED.

Dated: December 14, 2022
New York, New York

*/s/ Vernon Broderick*

Vernon S. Broderick
United States District Judge